UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
RICHARD WILLIAMS,

                     Plaintiff,

             - against -

OFFICER SALAKO, OFFICER BOBDITT,
NEW YORK CITY CORRECTION
DEPARTMENT,

                    Defendants.
------------------------------------------------------------ X

**ORDER ADOPTING REPORT AND RECOMMENDATION**

08-CV-2272 (BMC) (LB)

**COGAN, District Judge**

This matter is before me on the Report and Recommendation of Magistrate Judge Lois Bloom dated October 2, 2008, in which she recommended that plaintiff's case be dismissed pursuant to Fed. R. Civ. P. 16(f) and 37(b)(2)(A)(v). No objections have been filed to the Report and Recommendation. Having reviewed the Report and Recommendation, I adopt it in full.

It is therefore ORDERED that plaintiff's case is dismissed pursuant to Fed R. Civ. P. 16(f) and 37(b)(2)(A)(v).

**The Clerk of the Court is directed to mail a copy of this Order to plaintiff *pro se*.**

SO ORDERED.

                                                          /Signed by Judge Brian M. Cogan/
                                                                 U.S.D.J.

Dated: Brooklyn, New York
        October 30, 2008